THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRENDON HASARA,

        Plaintiff

: 3:22-CV-1937
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS _1st_ DAY OF MAY, 2023, upon review of Magistrate Judge Martin Carlson's Report & Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's "*Pro Se* Application Motion to Extend Time to get all the Evidence" (Doc. 15) is **DENIED**.

3. Plaintiff's action is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** this action.

                                                  Robert D. Mariani
                                                  United States District Judge

---

[1] The present R&R was filed on February 21, 2023 (*see* Doc. 14). On March 8, 2023, Plaintiff filed a "*Pro Se* Application Motion to Extend Time to get all the Evidence. . . ." (Doc. 15). Plaintiff's motion sets forth a number of documents and other evidence all relating to the propriety of his trial proceedings, including trial transcripts, letters, photographs, videos, and audio tapes, that he asserts his public defender Kent Watkins has refused to provide to him. Plaintiff requests that the Court order Mr. Watkins to provide him with this evidence. Plaintiff also argues therein that both his attorney and the state court judge made certain errors during pre-trial and trial proceedings. Even if the Court were to liberally construe Plaintiff's *pro se* motion as attempting to set forth Objections to the R&R and therefore apply a *de novo* standard, upon review of the R&R and all documents of record, Plaintiff's Objections are without merit and the Court agrees with Judge Carlson's sound analysis.